# Court of Appeals
# of the State of Georgia

ATLANTA,   January 22, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0669.  LOUISON v. LOUISON.**

The above-referenced appeal was docketed with this Court on November 25, 2014. On December 2, 2014, this Court granted Appellant's motion for an extension of time in which to file the Appellant's brief, extending the deadline to January 14, 2015. The extended deadline has now passed and, Appellant's brief not having been filed, pursuant to Court of Appeals Rules 13 and 23, this appeal is ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   01/22/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*